# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

MARCUS B. MARSH,              )
                                )
              Plaintiff,       )
v.                           )       **NO. 7:13-CV-217-D**
                                )
NOVARTIS PHARMACEUTICALS    )
CORPORATION,                   )
                                )
              Defendant.       )

## CONSENT ORDER STAYING ACTION

In their Joint Status Report (Docket No. 31), signed by counsel for both parties, the

Parties request that this action be held in abeyance until May 22, 2015. Osborn Law has spoken

with Mr. Marsh and he has confirmed his desire to dismiss this case subject to terms that remain

under discussion by the Parties. The Court therefore grants a stay until May 22, 2015. The

parties will update the Court as to status of dismissal at that time.

DONE AND ORDERED THIS **24** DAY OF **March** , 2015.

James C. Dever III
Chief United States District Judge